MARGARET B. KOHLER et al., Appellants, against JOSEPH EICH, Respondent.

Argued May 23, 1941; decided June 19, 1941.

*S. Frederick Placer* and *George J. Gruenberg* for appellants.
*Frederick Mellor* and *William Butler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS and DESMOND, JJ. RIPPEY and CONWAY, JJ., dissent on the ground that the credibility of the testimony produced by the defendant should have been submitted to the jury.